```
VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Jesus Zendejas                    *E-FILED - 6/23/09*
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-00524 RMW |
| Plaintiff, | ) STIPULATION RE CONTINUANCE |
| v. | ) OF SENTENCING DATE; |
| | ) [] ORDER |
| JESUS CORTEZ ZENDEJAS, | ) |
| Defendant. | ) |

It is hereby stipulated between the defendant Jesus Zendejas, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Chad Mandell, that the sentencing date of June 29, 2009, at 9:00 a.m. be continued to August 17, 2009, at 9:00 a.m.

The reason for this continuance is that the defense counsel needs additional time to review records regarding Mr. Zendejasøjuvenile record and to prepare a sentencing memorandum.

///

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

U.S. Probation Officer Ben Flores has been notified of this continuance and has no objection to the new date.

It is so stipulated.

Dated:      June 4, 2009                              Respectfully submitted,


 /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Jesus Zendejas

Dated:      June 5, 2009                              JOSEPH RUSSIONELLO
                                                      UNITED STATES ATTORNEY


 /s/   Chad Mandell
CHAD MANDELL
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date of June 29, 2009, is continued to August 17, 2009.

IT IS SO ORDERED.

DATED:  6/23/09

*Ronald M. Whyte*
_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -