|   |   |
|---|---|
| VICKI H. YOUNG<br>Law Offices of Vicki H. Young<br>706 Cowper Street, Suite 205<br>Palo Alto, California 94301 |   |
| Telephone (415) 421-4347 | ***E-FILED - 8/11/09*** |
| Counsel for Jesus Zendejas |   |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br>JESUS CORTEZ ZENDEJAS ,             )<br>                                    )<br>            Defendant.              )<br>_____) | No. CR 08-00524 RMW<br><br>STIPULATION RE CONTINUANCE<br>OF SENTENCING DATE;<br>[] ORDER |

It is hereby stipulated between the defendant Jesus Zendejas, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Chad Mandell, that the sentencing date of August 17, 2009, at 9:00 a.m. be continued to September 21, 2009, at 9:00 a.m.

The reason for this continuance is that the defense counsel needs additional time to review records regarding Mr. Zendejas' juvenile record and to prepare a sentencing memorandum.

///

///

STIPULATION RE CONTINUANCE;
[] ORDER

U.S. Probation Officer Ben Flores has been notified of this continuance and has no objection to the new date.

It is so stipulated.

Dated: August 4, 2009

Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Jesus Zendejas

Dated: August 4, 2009

JOSEPH RUSSIONELLO
UNITED STATES ATTORNEY

/s/ Chad Mandell
CHAD MANDELL
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date of August 17, 2009, is continued to September 21, 2009.

IT IS SO ORDERED.

DATED: 8/11/09

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE