1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4                                                    *E-FILED - 9/18/09*
   Counsel for Jesus Zendejas
5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,           )  No. CR 08-00524 RMW
                                       )
12                Plaintiff,           )  STIPULATION RE CONTINUANCE
                                       )  OF SENTENCING DATE;
13          v.                         )  [] ORDER
                                       )
14 JESUS CORTEZ ZENDEJAS ,             )
                                       )
15                Defendant.           )
                                       )

16

17     It is hereby stipulated between the defendant Jesus Zendejas, by and through his attorney of

18 record VICKI H. YOUNG, and the government, through Assistant United States Attorney Chad

19 Mandell, that the sentencing date of September 21, 2009, at 9:00 a.m. be continued to October 26,

20 2009, at 9:00 a.m.

21     The reason for this continuance is that the defense counsel needs additional time to obtain

22 records from the Hollister Police Department and to prepare a response to the draft Presentence

23 report.

24 ///

25 ///

26

STIPULATION RE CONTINUANCE;
[] ORDER
                                          - 1 -

U.S. Probation Officer Ben Flores has been notified of this continuance and has no objection to the new date.

It is so stipulated.

Dated: August 28, 2009            Respectfully submitted,


/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Jesus Zendejas

Dated: August 28, 2009            JOSEPH RUSSIONELLO
                                  UNITED STATES ATTORNEY


/s/ Chad Mandell
CHAD MANDELL
Assistant United States Attorney


========= **ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date of September 21, 2009, is continued to October 26, 2009.

IT IS SO ORDERED.

DATED: 9/18/09

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -