1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | CHAD M. MANDELL (ILBN 234355)
Special Assistant United States Attorney

5

6 | 150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-2695

7 | Facsimile: (408) 535-5081
chad.mandell@usdoj.gov

8

*E-FILED - 10/23/09*

Attorneys for the United States

9

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14

15 | UNITED STATES OF AMERICA,      )  No. CR 08-00524 RMW
                                   )
16 |              Plaintiff,       )  STIPULATION RE CONTINUANCE
                                   )  OF SENTENCING DATE;
17 |       v.                      )  [ ORDER
                                   )
18 | JESUS CORTEZ ZENDEJAS ,        )
                                   )
19 |              Defendant.       )
                                   )

20

21   It is hereby stipulated between the defendant Jesus Zendejas, by and through his attorney of

22 record VICKI H. YOUNG, and the government, through Special Assistant United States Attorney

23 Chad Mandell, that the sentencing date of October 26, 2009, at 9:00 a.m. be continued to November

24 16, 2009, at 9:00 a.m.

25   The reason for this continuance is that the U.S. Probation Office needs additional time to

26

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1  complete the final Presentence Report, having received the government's response to the defenses's
2  objections to the Proposed Presentence Report. Additionally, the parties will need time to prepare
3  their sentencing recommendations after the Presentence Report has been submitted
4      U.S. Probation Officer Ben Flores has been notified of this continuance and has no objection to
5  the new date.
6      It is so stipulated.
7  Dated:   October 16, 2009                              Respectfully submitted,

10      /s/ Vicki H. Young
    VICKI H. YOUNG, ESQ.
    Attorney for Jesus Zendejas

12  Dated:                                                JOSEPH RUSSIONELLO
    UNITED STATES ATTORNEY

15      /s/ Chad M. Mandell
    CHAD MANDELL
    Assistant United States Attorney

17
                  xxxxxxxxxxx **ORDER**

19      GOOD CAUSE BEING SHOWN, the sentencing date of October 26, 2009, is continued to
20  November 16, 2009.
21      IT IS SO ORDERED.
22  DATED:  10/23/09

    /s/ Ronald M. Whyte
23
24      RONALD M. WHYTE
    UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
|======== ORDER

- 2 -